IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHRISTOPHER RICHARDSON, | ) |
| | ) |
|     *Petitioner*, | ) |
| | ) |
| v. | )   Case No. 2:14-cv-399-JD |
| | ) |
| WARDEN, Miami Correctional Facility, | ) |
| | ) |
|     *Respondent*. | ) |

**RESPONSE TO RESPONDENT'S
JANUARY 11, 2018 NOTICE REGARDING STATE PROCEEDINGS**

Petitioner Christopher Richardson ("Richardson") respectfully submits this Response pursuant to the Court's January 16, 2018 Order. ECF No. 47.

1. On January 11, 2018, Respondent submitted a notice indicating that the State had filed a motion to initiate proceedings in Lake County Superior Court Cause No. 45G02-1009-FC-00097. ECF No. 46 ¶ 7. In that motion, the State sought to have Richardson transferred to the Lake County jail. *Id.* The State also requested an initial hearing and the appointment of counsel. *Id.*

2. Counsel understands that Richardson has since been transferred to the Lake County jail and is awaiting an initial hearing. Once that initial hearing occurs, Richardson will no longer be held pursuant to his unconstitutional conviction. Until that time, however, Richardson continues to be held pursuant to his unconstitutional conviction.

3. Because the State, by filing the aforementioned motion, appears to have "initiate[d] proceedings to retry Richardson," Op. 18, *Richardson v. Griffin*, No. 16-1700 (7th Cir. Aug. 8, 2017), ECF No. 34, Richardson agrees that the State has "satisfied its obligations in order to

avoid the issuance of the writ." ECF No. 47. If, however, Richardson does not receive an initial hearing in a timely fashion, and instead remains detained pursuant to his unconstitutional conviction, then Richardson will be entitled to issuance of the writ and any other appropriate relief.

Respectfully submitted,

Dated:  January 19, 2018

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone:  (202) 637-2303
Facsimile:  (202) 637-2201
elana.nightingaledawson@lw.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

    I, Elana Nightingale Dawson, hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties who are registered CM/ECF users.

                                          /s/ *Elana Nightingale Dawson*
                                          Elana Nightingale Dawson