AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER RICHARDSON

    Petitioner
        v.                     **Civil Action No. 2:14-cv-399**

WARDEN,
*Miami Correctional Facility*

    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:  The petition for Writ of Habeas Corpus is GRANTED to the extent that he is entitled to a new trial, for which the State has now initiated proceedings.   However, Petitioner Christopher Richardson is not entitled to the issuance for a writ releasing him from custody at this time.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Jon E. DeGuilio

DATE:    January 29, 2018           ROBERT TRGOVICH, CLERK OF COURT
                                                           by    /s/Jason Schrader
                                                                *Signature of Clerk or Deputy Clerk*